O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CASILLAS, | ) NO. CV 06-02429-CAS (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| JEANNE WOODFORD, | ) CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. However, as the copy of the Report served upon Petitioner at his address of record was returned by the United States Postal Service on August 5, 2009, with an indication that Petitioner had been discharged in January 2009, it is clear that Petitioner did not receive the Report. In disregard of Local Rule 41-6, Petitioner has not provided the Court with a current address, and thus, the Court has no means of contacting Petitioner.

1    Having completed its review, the Court accepts and adopts the
2 Report and the findings of fact, conclusions of law, and recommendations
3 therein and further notes that, pursuant to Local Rule 41-6,
4 Petitioner's failure to keep the Court apprised of his current address
5 constitutes an additional basis for dismissing this action.

7    IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment
8 shall be entered dismissing this action with prejudice.

10   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
11 the Judgment herein on Petitioner and counsel for Respondent.

13   LET JUDGMENT BE ENTERED ACCORDINGLY.

15 DATED: September 3, 2009.

                                    _____
                                          CHRISTINA A. SNYDER
                                       UNITED STATES DISTRICT JUDGE