JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERNESTO CASILLAS, | ) | NO. CV 06-02429-CAS (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JEANNE WOODFORD, | ) | |
| Respondent. | ) | |

   Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 3, 2009.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE